IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS H. JOHNSON                                                                    PLAINTIFF

V.                                         CASE NO. 12-CV-4029

ANNE PAIGE ROGERS, et al.                                                        DEFENDANTS

ORDER

      Before the Court is a Joint Motion to Dismiss.  (ECF No. 29).  The parties advise the Court that all claims and counterclaims in this case have been resolved.  Accordingly, the Joint Motion to Dismiss is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**.

      If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 20th day of November, 2013.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge